```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14784
   VINCENT PASOWICZ
   SARA J PASOWICZ                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-3368     SSN XXX-XX-1240
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/15/07 and confirmed on 10/24/07.

2. The case was dismissed after confirmation, 03/07/2008.

3. The Debtor paid a total of $    418.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC | CURRENT MORTG | .00 | .00 | .00 |
| HSBC | MORTGAGE ARRE | .00 | .00 | .00 |
| KIDCARE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED RADIOLOGITS J | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| FASHION BUG | UNSECURED | NOT FILED | .00 | .00 |
| FISCHER MANGOLD | UNSECURED | NOT FILED | .00 | .00 |
| LEMONT FIRE DISTRICT | UNSECURED | NOT FILED | .00 | .00 |
| LEMONT PRIMARY CARE | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| PALOS COMMUNITY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PARTNERS IN OBSTETRICS | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SUBURBAN ORAL SURGERY | UNSECURED | NOT FILED | .00 | .00 |
| BILL ME LATER | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, JOHN C DENT                    , was allowed $   3500.00 and was paid $    295.00 direct and $    399.19 through the plan.

The Trustee received $     18.81 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/24/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE


PAGE  2
CASE NO. 07 B 14784 VINCENT PASOWICZ & SARA J PASOWICZ